CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 5 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID ALLEN DAY, | ) |
| Petitioner, | ) Civil Action No. 7:07-cv-00376 |
| v. | ) FINAL ORDER |
| UNITED STATES OF AMERICA, | ) By: Hon. James C. Turk |
| | ) Senior United States District Judge |
| Respondent. | ) |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the motion to dismiss is **GRANTED**, the motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED**, and this action is stricken from the active docket of this court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to counsel of record for the parties.

ENTER: This _25th_ day of January, 2008.

_____
Senior United States District Judge